IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CR-155-BO-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROGER VAN SANTVOORD CAMP, | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 44) to seal his motion (D.E. 43) to modify the order setting conditions of release (D.E. 13 as modified by, *e.g.*, D.E. 36). As stated in the motion to seal, the motion to modify the conditions of release and the exhibits thereto contain sensitive personal information that warrants sealing. IT IS THEREFORE ORDERED that the motion to seal (D.E. 43) is ALLOWED and the Clerk is directed to permanently SEAL defendant's motion (D.E. 44) to modify the terms of release and the exhibits thereto.

This, the 14th day of November 2011.

_____
James E. Gates
United States Magistrate Judge