IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-155-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ROGER VAN SANTVOORD CAMP | ) | |

This matter is before the Court on Mr. Camp's Motion for a subpoena *duces tecum* to Morgan Stanley for witness appearance and the production of "all documents, emails, correspondence, notes of conversations or other similar memoranda relating to conversations or communications with T.B. [identifying information to be supplied] or any other person acting on his behalf and Morgan Stanley and any of its employees, advisors, professionals or other related individuals, regarding any communication, documentation, or other information provided to or to be provided to KeySource Bank, Capital Bank, or Dwinn Shaffer & Co., or related entities, on behalf of T.B. from January 1, 2009 through December 31, 2010. In addition, any and all documents, balance sheets, spreadsheets, schedules, or other similar documents listing, discussing, explaining, or otherwise addressing liabilities or potential liabilities of T.B. from January 1, 2009 through December 31, 2010" [DE 83]. T.B., the alleged victim in this case, filed a memorandum in opposition [DE 85] and the motion is ripe for adjudication.

Upon good cause shown, the Motion is GRANTED IN PART. It is hereby ORDERED that the Clerk shall issue a subpoena *duces tecum* to Morgan Stanley for witness appearance and communications, documents, or other information regarding information provided to or to be provided to KeySource Bank, Capital Bank, or Dwinn Shaffer & Co., or related entities, on behalf of T.B. from January 1, 2009 through December 31, 2010. All documents should be redacted to

exclude T.B.'s personal and confidential financial information within the scope of Federal Rule of Criminal Procedure 17(c)(3).

SO ORDERED, this the 30 day of March, 2012.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE